[No. 6506–5–III.   Division Three.   January 14, 1986.]

GENERAL INSURANCE COMPANY OF AMERICA, *Respondent,* v.
ACME–VICKREY, *Appellant,* THE PORT OF
MOSES LAKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 83–2–00672–9, Michael E. Donohue, J., entered April 24, 1984. *Affirmed* by unpublished opinion

1054

per McInturff, J., concurred in by Green, C.J., and Munson, J.